IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

MAY 2 5 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. **4 : 22 C R  259** |
| v. | ) | |
| | ) | Title 18, United States Code, |
| LOGAN DANIEL MALIK, | ) | Section 912 |
| | ) | |
| Defendant. | ) | **JUDGE BRENNAN** |
| | ) | **MAG. JUDGE BAUGHMAN** |

COUNT 1
(Impersonating a United States Marshal, 18 U.S.C. § 912)

The Grand Jury charges:

On or about April 24, 2022, in the Northern District of Ohio, Eastern Division, Defendant

LOGAN DANIEL MALIK did falsely assume and pretend to be an officer and employee of the

United States acting under the authority of the United States and any department, agency or

officer thereof, to wit: a United States Marshal, and in such assumed and pretended character did

act as such, to wit: falsely stated that he was a United States Marshal engaged in locating

skinheads and sought information concerning the location of skinheads, in violation of Title 18,

United States Code, Section 912.


A TRUE BILL.


Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.