IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAY 25 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| Plaintiff, | ) | |
| | ) | 4:22 CR 259 |
| v. | ) | JUDGE BRENNAN |
| LOGAN DANIEL MALIK, | ) | MOTION TO SEAL INDICTMENT |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Yasmine Makridis, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): to ensure apprehension of the defendant and for law enforcement safety.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: _____
Yasmine Makridis (OH: 0090632)
Assistant United States Attorney
100 E. Federal Street, City Centre One;
Suite 325
Youngstown, OH 44503
(330) 740-6992/ (330) 746-0239 Fax
Yasmine.Makridis@usdoj.gov