**APPENDIX B**

_____          CASE NO.  _____

                  PLAINTIFF(S),

        vs.          JUDGE BRIDGET M. BRENNAN

_____
             DEFENDANT(S).

| PLAINTIFF/DEFENDANT WITNESSES | |
|---|---|
| **NAME** | **SYNOPSIS OF TESTIMONY** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |