AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

RECEIVED
2022 MAY 26 A 11: 44
U.S. MARSHALS
CLEVELAND, OH

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. |
| LOGAN DANIEL MALIK, | ) | 4:22 CR 259 |
| Defendant | ) | |

FILED JUN 03 2022 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Logan Daniel Malik,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 912 Impersonating a United States Marshal

Date: 05/25/2022

*Issuing officer's signature*

*Printed name and title*

City and state: Cleveland, Ohio

### Return

This warrant was received on *(date)* 5/26/2022, and the person was arrested on *(date)* 5/31/2022
at *(city and state)* BOARDMAN, OH

Date: 5/31/2022

#4763
*Arresting officer's signature*

DUSM ZACH DENZLER
*Printed name and title*