IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:22CR259 |
| --- | --- | --- |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| LOGAN DANIEL MALIK, | ) | REVISED EXHIBIT LIST |
| Defendant. | ) | |

| PLAINTIFF EXHIBITS | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| EXHIBIT I.D. | DESCRIPTION OF EXHIBIT | I.D. | OFFERED | OBJ. | ADMITTED | NOT ADMITTED |
| 1 | Springfield firearm | | | | | |
| 2 | Taser with cartridge | | | | | |
| 3 | Police vest | | | | | |
| 4 | Baton | | | | | |
| 5 | Leetonia police badge | | | | | |
| 6 | Washingtonville police badge | | | | | |
| 7 | Handcuffs | | | | | |
| 8 | Handwritten note | | | | | |
| 9 | Handwritten note on Macy's receipt | | | | | |
| 10 | Video of Malik with firearm and badge at Macy's | | | | | |
| 11 | 911 call- Kristen Kelker | | | | | |
| 12 | 911 call- Sophia Rivera | | | | | |

| EXHIBIT I.D. | DESCRIPTION OF EXHIBIT | I.D. | OFFERED | OBJ. | ADMITTED | NOT ADMITTED |
|---|---|---|---|---|---|---|
| 13 | Photo of Malik at Sheetz- gun visible | | | | | |
| 14 | Photo of Malik- badge visible | | | | | |
| 15 | Video of Malik at Sheetz with firearm | | | | | |
| 16-A | Officer Chaffee bodycam clip | | | | | |
| 16-B | Officer Chaffee bodycam clip | | | | | |
| 16-C | Officer Chaffee bodycam clip | | | | | |
| 17-A | Officer Habeger bodycam clip | | | | | |
| 17-B | Officer Habeger bodycam clip | | | | | |

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By:  /s/ Yasmine Makridis
Yasmine Makridis (OH: 0090632)
Assistant United States Attorney
100 E. Federal Street, City Centre One;
Suite 325
Youngstown, OH 44503
(330) 740-6992/ Fax (330) 746-0239
Yasmine.Makridis@usdoj.gov

2