IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:22CR259 |
| Plaintiff, | ) ) ) | JUDGE BRIDGET M. BRENNAN |
| v. | ) ) | |
| LOGAN DANIEL MALIK, | ) ) | VERDICT FORM-FOR DEFENDANT LOGAN DANIEL MALIK |
| Defendant. | ) ) | |

With respect to Count 1 of the Indictment, in which defendant LOGAN DANIEL MALIK is charged with Impersonating a United States Marshal, Title 18, United States Code, Section 912, we, the Jury having been duly impaneled and sworn, find the defendant, LOGAN DANIEL MALIK:

GUILTY ✓       NOT GUILTY ☐

Each of us jurors concurring in said verdict signs his/her name hereto on this 8TH day of JUNE, 2023.



DATE: JUNE 8TH, 2023

1