UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 4:22-CR-259 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET BRENNAN |
| | ) | |
| v | ) | |
| | ) | **NOTICE OF SENTENCING** |
| LOGAN MALIK | ) | **EXHIBIT** |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, by and through undersigned counsel and provides notice of sentencing exhibit.

Counsel intends to play portions of defendant's body camera from his attempt to rescue individuals from their vehicle that was lodged on train tracks while defendant was on duty.

Counsel believes this video is relevant mitigation to defendant's character and evidence of his Post Traumatic Stress Disorder as outlined in the psychological report of Dr. Noffsinger.

A copy of the video will be hand delivered to the Court and U.S. Attorney's office immediately in conjunction with the filing of this notice.

Finally, Counsel requests approximately forty-five minutes to present defense mitigation at the sentencing hearing.

Respectfully submitted,

**s/Leif B. Christman**
**LEIF B. CHRISTMAN (0070014)**
55 Public Square, Suite 2100
Cleveland, Ohio 44113
Tel: 216-241-5019
Fax. 216-363-6013
E_mail: Lbchristman@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, the forgoing Motion to Compel Discovery was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

s/ Leif B. Christman
Leif B. Christman
Attorney for Defendant

2